**In re: Bernard GROSS, Debtor—Appellant,**

United States Trustee, Trustee— Appellee.

No. 01–55696.

D.C. No. CV–00–01184–MMM.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 2, 2002.

Decided April 18, 2002.

Before PREGERSON, TROTT, Circuit Judges, and FITZGERALD,* District Judge.

ORDER **

"A contempt order is not a final order under 28 U.S.C. § 1291 prior to the imposition of sanctions." *Weyerhaeuser Co. v. Int'l Longshoremen's & Warehousemen's Union,* 733 F.2d 645, 645 (9th Cir.1984). Here, the district court provided Gross with an opportunity to prove his inability to pay before enforcing the contempt order and imposing sanctions. Gross submitted documents related to his inability to pay to the district court. Because the district court has not yet made a determination regarding Gross's ability to pay, sanctions have not been imposed, and the contempt order was not final and appealable. We,

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

* The Honorable James M. Fitzgerald, Senior District Judge for the District of Alaska, sitting by designation

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

**360**

therefore, dismiss the appeal for lack of jurisdiction.

DISMISSED.

---

* The Honorable Edward C. Reed, Jr., Senior United States District Judge for the District of Nevada, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.